# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Geoff Dittberner, and Mary Wint, *individually and on behalf of themselves and all others similarly situated*, | Civ. No. 23-2630 (JWB/JFD) |
| Plaintiffs, | **NOTICE OF STATUS CONFERENCE** |
| v. | |
| University of Minnesota, | |
| Defendant. | |

---

| | |
|---|---|
| Jasmyn Martin, *individually and on behalf of herself and all others similarly situated*, | Civ. No. 23-2665 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| University of Minnesota, | |
| Defendant. | |

---

| | |
|---|---|
| Andrea Seberson, *on behalf of herself and all others similarly situated*, | Civ. No. 23-2751 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| University of Minnesota, | |
| Defendant. | |

---

| | |
|---|---|
| Milagros Chatelain, *individually and on behalf of all others similarly situated*, | Civ. No. 23-3042 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| University of Minnesota, | |
| Defendant. | |

| | |
|---|---|
| Conrad Segal, and Madeline VanDerHeyden, *individually and on behalf all others similarly situated*, | Civ. No. 23-3114 (JWB/JFD) |
| Plaintiffs, | |
| v. | |
| University of Minnesota, | |
| Defendant. | |

A status conference is hereby set in these matters on **November 15, 2023**, at 2:00

p.m. in Courtroom 3B, St. Paul, before the undersigned.

Dated: October 24, 2023                    *s/ Jerry W. Blackwell*
                                           Jerry W. Blackwell
                                           United States District Judge